August 1, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-12-00458-CV                    V.


MARIA ZUNIGA RANJEL, INDIVIDUALLY AND AS GUARDIAN OF THE
PERSON AND THE ESTATE OF JUAN MANUEL CORDERO, AN
INCAPACITATED PERSON, AND JOHNSON CONTROLS, INC., Appellees


THE CITY OF HOUSTON, Appellant

NO. 14-12-00459-CV                    V.

JEANIE TURNER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF TRAVIS KELLY TURNER, DECEASED, NATHAN TURNER,
INDIVIDUALLY, DERRICK TURNER, INDIVIDUALLY, AND JOHNSON
CONTROLS, INC., Appellees

_____

This cause, a consolidated appeal from the trial court's order denying appellant, the City of Houston's plea to the jurisdiction, signed, May 8, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it denied the City of Houston's plea to the jurisdiction. We therefore **REVERSE** the trial court's order denying the City of Houston's plea to the jurisdiction and **RENDER** judgment dismissing (1) the claims of Maria Zuniga

Ranjel, Individually and as Guardian of the Person and the Estate of Juan Manuel Cordero, an Incapacitated Person against the City of Houston; (2) the claims of Jeanie Turner, Individually and as Representative of the Estate of Travis Kelly Turner, Deceased, Nathan Turner, Individually, Derrick Turner, Individually against the City of Houston; and (3) the claims of Johnson Controls, Inc. against the City of Houston.

We further order that all costs incurred by reason of this appeal be paid, jointly and severally, by appellees, Maria Zuniga Ranjel, Individually and as Guardian of the Person and the Estate of Juan Manuel Cordero, an Incapacitated Person; Jeanie Turner, Individually and as Representative of the Estate of Travis Kelly Turner, Deceased, Nathan Turner, Individually, Derrick Turner, Individually; and Johnson Controls, Inc.

We further order this decision certified below for observance.